```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                 Civil No. 09-774 (PAM/RLE)
```

| | |
|---|---|
| Marcario Linares Lopez, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Eric Holder, Attorney General, )<br>Janet Napolitano, Secretary, )<br>Department of Homeland Security )<br>and Denise Frazier, District )<br>Director, St. Paul USCIS, )<br>)<br>Defendants. ) | **ORDER OF REMAND** |

Pursuant to the Stipulation to Remand, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The petition of Petitioner Marcario Linares Lopez shall be remanded to the USCIS for adjudication of his application for naturalization as soon as practicable;

2. The USCIS shall report to the Court on the status of the application within 35 days of the date of entry of the order of remand and every 90 days thereafter;

3. The Court shall retain jurisdiction pending the adjudication of the application of Petitioner Marcario Linares Lopez for the limited purpose of assuring that the USCIS adjudicates the application as soon as practicable;

4. Upon being advised of the adjudication of the application of Petitioner Marcario Linares Lopez, the Court shall dismiss this action without prejudice as moot; and

5. Each party shall bear its own attorney's fees, costs, and disbursements herein.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: November 9, 2009

s/Paul A. Magnuson
Paul A. Magnuson
Senior District Judge
United States District Court