UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-774 (PAM/RLE)

| | | |
|---|---|---|
| Macario Linares Lopez, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO DISMISS** |
| v. | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Eric Holder, Attorney General, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation to Dismiss without Prejudice, which stipulation is incorporated herein by reference,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action shall be and hereby is dismissed without prejudice, each party to bear its own attorney's fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: March 22, 2010

S/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court